JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | Case No. 2:20-cv-00970-RGK-PJW |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| 16900 ROSCOE, LLC et al, | |
| Defendant(s). | |

On April 17, 2020, default was issued by the clerk as to defendant 16900 Roscoe, LLC. On April 18, 2020, the Court ordered plaintiff to file a motion for default judgment not later than May 18, 2020. As of this date, plaintiff has not complied with the order, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 20, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE